OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

DATE:   October 2, 2006

TO:   Mustafa Whitfield

RE:   Whitfield v. Howell, 06-512 GMS

DOCUMENT TITLE:   AUTHORIZATION FORM

As noted below, a document or a courtesy copy has been filed in the above noted case which *does not conform* to one or more of the Administrative Procedures Governing Filing and Service by Electronic Means, or other local rules/practices. **The Court will take no action on the filed document until the following discrepancies are corrected:**

☐   Courtesy copy not received by next business day.

☐   Redacted copy of sealed document not received within 5 business days.

☐   Pro Hac Vice fee not yet paid.

☐   The attorney account used for filing a document does not agree with the signature (either electronic or /s/) on the document.

☐   Certificate of Service not included with the document.

☐   Discovery document(s) erroneously filed:  DI# _____ will be removed from the docket.

☐   7.1.1 statement required with non-dispositive motions was not included with the document.

☐   Request for extension of discovery or trial deadline lacks proof of notification to the client, or lacks the reasons for the request.

☐   Brief exceeds the page limitations _____.

☐   Brief does not include a paginated table of contents/citations.

☐   Diskette or CD exceeds 2.5 megabytes.  Please divide document into multiple files that do not exceed the size limitation and resubmit to the Clerk's Office for filing.

☐   Document  not in PDF format.  Provide disk/CD with document in PDF format.

☐   Document not readable in PDF reader , or  ☐ appears to be missing pages.

☑   Other: **THE  AUTHORIZATION  DOES  NOT  CONTAIN  AN  ORIGINAL SIGNATURE**

If there are any questions concerning this matter, please do not hesitate to contact this office.  Also, *ECF Tips* on our web site may be of interest to you, viewable at **http:www.ded.uscourts.gov**.

cc:   Assigned Judge

(Rev. 5/05)

_Marie McDavid_
Deputy Clerk