6/19/06

TO: Office of the Clerk                    06-512 (GMS)

Hello! My name is Mustafa Whitfield. My case (Whitfield v. Howell et al 1:06 CV-512) was dimissed 11/15/2006. I would like to refile the complaint, do I have to pay the filing fee or can I just refile it with the corrections it needed?

Mustafa Whitfield

FILED
JUN 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I/M Mustafa Whitfield
SBI# 317479 UNIT 2L
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
21 JUN 2007 PM 3 T

U.S.M.S.
X-RAY

U.S. District Court
844 N. King Street Lockbox 18
Wilmington, DE. 19801-3570