OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 25, 2007

TO:  Mustafa A. Whitfield
     SBI# 317479
     Delaware Correctional Center
     1181 Paddock Rd.
     Smyrna, DE 19977

**RE:  Letter dated 6/19/07 requesting legal advise; 06-512(GMS)**

Dear Mr. Whitfield:

The above referenced letter has been received by this office requesting assistance regarding refiling a complaint.

Please be advised that this office is unable to render legal advice and therefore we are unable to assist you.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet